# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 23-30910-pes |
| DANELLE R. RITCHIE ) | S.S.# xxx-xx-2519 |
| ) | |
| Debtor. ) | Chapter 7 Bankruptcy |

## PRELIMINARY INVENTORY REPORT
## AND REQUEST FOR NOTICE TO CREDITORS

Comes now, Tasha Reed Outlaw, Chapter 7 Trustee, and respectfully shows:

1. I am the Trustee for the above-captioned Debtor(s), having been appointed on or about July 26, 2023.

2. As Trustee, I have constructively taken possession of all property shown on the Schedules filed by the Debtor(s) and adopt the same as my preliminary inventory; specifically, I anticipate receiving funds from preferential payments and 2023 tax refund.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

Dated: September 14, 2023

*/s/ Tasha Reed Outlaw*
Tasha Reed Outlaw, Trustee
Attorney No. 24664-49
803 N Notre Dame Ave
South Bend, IN 46617
Telephone: (574) 400-5297
Email: trusteetro@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023, a true and correct copy of the above and foregoing Application was served electronically through the court's ECF system upon the following parties:

U.S. Trustee
USTPRegion10.SO.ECF@usdoj.gov

ADAM GREGORY GOLDEN
ADAMGOLDEN@GOLDENLAW.BIZ

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

DANELLE R. RITCHIE
7535 N 1200 W. APT. 1
MIDDLEBURY, IN 46540

*/s/ Tasha Reed Outlaw*
Tasha Reed Outlaw